[No. 28211-9-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JASON
MACDONALD, *Appellant*.

Appeal from judgments of the Superior Court for Pierce
County, No. 01-1-00133-9, Terry D. Sebring, J., entered
November 26 and December 14, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by
Hunt, C.J., and Seinfeld, J.

[No. 28219-4-II.   Division Two.   June 3, 2003.]

*In the Matter of the Marriage of* DEBBIE LYNN HIPPLE,
*Respondent*, and ROBERT BRUCE HIPPLE,
JR., *Appellant*.

Appeal from judgments of the Superior Court for Pierce
County, No. 00-3-03110-5, Stephanie A. Arend, J., entered
November 16 and December 14, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J.,
and Quinn-Brintnall, J.

[No. 28316-6-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED GEORGE
HANDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 01-1-00261-9, Toni A. Sheldon, J., entered
January 3, 2002. *Affirmed* by unpublished opinion per
Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28392-1-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA DAWN
BEREST, *Appellant*.

Appeal from judgments of the Superior Court for Pierce
County, No. 01-1-00362-5, Katherine M. Stolz, J., entered
January 11 and 24, 2002. *Affirmed* by unpublished opinion
per Quinn-Brintnall, J., concurred in by Hunt, C.J., and
Seinfeld, J.